STATE OF NEW JERSEY v. JOSEPH ALDO DESLONDE.

October 4, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD JOHNSON.

October 4, 1988.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF I.N.

October 4, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES JONES.

October 11, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SANFORD PALMER.

October 11, 1988.

Petition for certification denied.